THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABE LASHKOWITZ, Appellant.— Motion for reargument, or amendment of decision and order, denied. Hill, P. J., Crapser and Foster, JJ., concur; Bliss and Schenck, JJ., dissent.

In the Matter of the Application of EUREKA PRODUCTIONS, INC., Petitioner, for an Order Pursuant to Article 78 of the Civil Practice Act against THOMAS J. MANGAN and Others, Constituting the Regents of the University of the State of New York; Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of ALICE WATERMAN, Respondent, against THE JAMAICA HOSPITAL and/or TRUSTEES OF THE JAMAICA HOSPITAL; INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. UMBERTO BIANCHI, Relator, Appellant, v. THOMAS H. MURPHY, as Warden of Clinton Prison, Dannemora, N. Y., Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

LOS ANGELES INVESTMENT SECURITIES CORPORATION, Appellant, v. ALICE WHITE JOSLYN and Others, Impleaded with Others, Respondents.— Motion to resettle decision by certifying question, on appeal to Court of Appeals. [See ante, p. 821.] Motion denied, with leave to renew if the Court of Appeals indicates that it cannot review the order appealed from as the decision now stands, but could if a proper question were certified. Present — Hill, P. J., Crapser, Bliss and Foster, JJ.

BOND STORES, INC., Appellant, v. JAMES TURNER, as President, and " HERMAN " FINE, as Secretary of Retail Employees Union, Local No. 43, etc., and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

BOND STORES, INC., Appellant, v. JAMES TURNER, as President, and " HERMAN " FINE, as Secretary of Retail Employees Union, Local No. 43, etc., and Others, Respondents.— Motion by the New York State Federation of Labor for leave to file a brief as amicus curiæ denied. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of ROY SWARTOUT, Respondent, against NIAGARA FALLS YOUNG MEN'S CHRISTIAN ASSOCIATION and THE OCEAN ACCIDENT & GUARANTEE CORPORATION, LTD., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award made by the State Industrial Board in favor of the claimant for facial disfigurement in the sum of $500. There was evidence to sustain the finding of the Board that claimant was employed as a camp leader and supervisor by the employer; and that in the course of his employment he was directed to participate in a boxing bout, during the course of which he was accidentally injured and sustained a serious and permanent facial disfigurement. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.